The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MARQUIS BARBER, <br><br> Defendant. | NO. CR20-057RSL <br><br> ORDER TO EXTEND TIME TO FILE RESPONSE |

The Court, having considered the unopposed motion and other facts apparent from the record, grants the request for an extension.

IT IS HEREBY ordered that the deadline for the Government to respond to Defendant's Motion for Early Termination of Supervision is extended to no later than November 18, 2021 and the Defendant's Motion is re-noted for November 19, 2021.

DATED this  15th  day of November, 2021.

_____
HON. ROBERT S. LASNIK
UNITED STATES DISTRICT COURT JUDGE

Order to Extend Time - 1
*United States v. Barber*, CR20-057RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970