UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARQUIS BARBER,<br><br>Defendant. | Case No. CR20-057-RSL<br><br>ORDER DENYING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |

This matter comes before the Court on defendant's "Motion for Early Termination of Supervised Release." (Dkt. # 4).

On August 7, 2014, defendant pleaded guilty to conspiracy to commit sex trafficking of children, in violation of 18 U.S.C. § 1594(c). Dkt. # 2 at 11. The U.S. District Court for the Southern District of California sentenced defendant to 72 months of imprisonment and ten years of supervised release. Dkt. # 2 at 34-35. This Court accepted jurisdiction over defendant on April 16, 2020. Dkt. # 1. According to his supervising Probation Officer, defendant started his term of supervised release on July 30, 2019. Dkt. # 4 at 2.

The Court may "after considering the factors set forth in [18 U.S.C. § 3553(a)] . . . terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e). The Court enjoys "discretion to consider a wide range of circumstances when determining whether

to grant early termination." United States v. Emmett, 749 F.3d 817, 819 (9th Cir. 2014) (citing United States v. Pregent, 190 F.3d 279, 283 (4th Cir. 1999)).

    The Court is pleased to learn that defendant is doing well under supervised release and commends defendant's progress, including his stable employment and dedication to his masonry apprenticeship. Considering, however, the nature of defendant's sex trafficking offense and that defendant has served less than a quarter of his ten-year term of supervised release, the Court finds that it would be premature to terminate his term of supervised release. See 18 U.S.C. §§ 3583(e)(1), 3553(a). Accordingly, defendant's request for early termination of supervised release (Dkt. # 4) is DENIED. The Court supports allowing defendant to travel outside of Washington State for work-related reasons so long as defendant obtains prior approval of his United States Probation Officer, and the Court is amenable to amending the terms of his supervised release to reflect this.

    IT IS SO ORDERED.

DATED this 29th day of November, 2021.

Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION FOR EARLY
TERMINATION OF SUPERVISED RELEASE - 2