JUDGE RICHARD A. JONES

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:20-cr-00057-RAJ |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING MOTION TO SEAL EXHIBIT |
| MARQUIS BARBER, | ) | |
| Defendant. | ) | |

THIS MATTER has come before the undersigned on the motion of Marquis Barber to file Exhibit 1 to Defendant's Disposition Memorandum under seal. The Court has considered the motion and records in this case and finds there are compelling reasons to file the document under seal.

IT IS ORDERED that the Motion to Seal (Dkt. 32) is GRANTED. Exhibit 1 to Defendant's Disposition Memorandum shall remain under seal.

DATED this 25th day of April, 2023.

*[signature]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO SEAL
(*USA v. Barber*, 2:20-cr-00057-RAJ) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100